IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KIRK MARTIN BAGBY, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Civil No. 7:10-CV-038-O-KA |
| RICK THALER, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| Respondent. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Findings of Fact and Recommendation of the United States Magistrate Judge, and of Petitioner's objections thereto, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial of habeas relief that are set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, it is ORDERED that the petition for writ of habeas corpus is DENIED.

SO ORDERED this 7th day of March, 2013.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE